UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258
November 12, 2003

10:00 a.m.

2003 NOV 12 P 3: 23
US DISTRICT COURT
HARTFORD CT

3-01-cv-1866   (RNC) Gariepy v USA
------------------------------------------------------------

SETTLEMENT CONFERENCE

COUNSEL OF RECORD:

| | |
|---|---|
| Jennifer L. Booker | The Reardon Law Firm, 160 Hempstead St., Po Drawer 1430, New London, CT 860-442-0444 |
| Scott D. Camassar | Gordon, Muir & Foley, 10 Columbus Blvd., Hartford, CT 860-525-5361 |
| Brenda M. Green | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |
| Lauren M. Nash | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |
| Robert I. Reardon Jr. | The Reardon Law Firm, 160 Hempstead St., Po Drawer 1430, New London, CT 860-442-0444 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Conf. held w/ TPS - Did not settle
Time - 3'