UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 20 P 3: 38
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CHERYL GARIEPY, | : |
|     Plaintiff, | : |
| v. | :     CASE NO. 3:01CV1866(RNC) |
| UNITED STATES OF AMERICA, | : |
|     Defendant. | : |

ORDER

Pursuant to the order of July 31, 2003, a joint trial memorandum was due to be filed on or before October 14, 2003. Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before June 21, 2004, together with a memorandum explaining why it was not filed in a timely manner. The motion for extension of time filed on October 10, 2003 [doc. 34] is hereby denied as moot.

So ordered.

Dated at Hartford, Connecticut this 20 day of May 2004.

Robert N. Chatigny
United States District Judge