UNITED STATES COURT DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE, | : | |
| BY CHERYL GARIEPY, | : | |
| ADMINISTRATRIX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:01CV1866 (RNC) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | JUNE 16, 2004 |

DEFENDANT'S FIFTH MOTION, *NUNC PRO TUNC*, FOR EXTENSION
OF THE ORDER REGARDING CASE MANAGEMENT PLAN

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, through its undersigned counsel, hereby respectfully requests an extension of the deadlines set forth in the Order Regarding Case Management Plan. Specifically, the defendant seeks an extension of time to submit the Joint Trial Memorandum, currently due on June 21, 2004, until 30 days after the conclusion of the next scheduled settlement conference in this case.

By way of background, this is a personal injury action brought by the Plaintiff, Cheryl Gariepy, as administrator of the estate of the deceased, Anna M. Pardee. Ms. Pardee was killed in a multiple-vehicle accident on April 26, 2000 in Westbrook, Connecticut. In all, five vehicles were involved in the accident, including a U.S. Army Reserve tractor-trailer driven by Specialist (SPC) Kevin Moreira, a member of the U.S. Army Reserve. Mr. Moreira was charged with criminally negligent homicide by the State of Connecticut and those charges are currently pending.

- 2 -

On November 12, 2003, the parties attended a settlement conference before the Honorable Thomas P. Smith, United States Magistrate Judge. Although the case did not settle as a result of that conference, it was agreed that additional information would be provided by plaintiffs' counsel to aid in further settlement discussions. Thereafter, plaintiffs' counsel did provide additional information in the form of a damage analysis. In light of these settlement discussions and the unavailability of Sgt. Moreira, defendant sought an extension of time until December 12, 2003 to submit the Joint Trial Memorandum.

Meanwhile, in December of 2003, Sgt. Moreira returned from Iraq along with his army unit which had been deployed for close to a year. Plaintiff's counsel was advised of this development and noticed his deposition. In order to allow Sgt. Moreira time with his family, and in light of counsels' schedules, it was agreed that the deposition would take place in March of 2004. The parties agreed to continue their settlement discussions after the deposition of Sgt. Moreira. That deposition occurred on March 9, 2004, in Massachusetts.

Although the defendant had sought an extension of the pretrial deadlines until December 12, 2003, the parties did not submit the Joint Trial Memorandum on that date. Defendant's counsel apologizes to the Court for this oversight. By way of explanation, but not excuse, this oversight was due in part to the fact that the Court had not ruled on the motion for extension, and in part because the return of Sgt. Moreira shifted the parties' focus to completing his deposition. Since that deposition, counsel of record have conferred and are in agreement that a second settlement conference would be productive. Counsel have also agreed to have the case mediated by the Honorable William I. Garfinkel, United States District Judge. Magistrate Judge Garfinkel has also agreed to hear this case. Counsel have contacted his chambers and have learned that the

- 3 -

next available date for mediation is September 7, 2004, but that additional dates may open prior to that time depending on the Magistrate's trial schedule over the summer.

Based on the foregoing, defendant now asks the Court's indulgence to allow the parties some additional time to try to settle this case by permitting an extension of the Pretrial Order until 30 days after the conference with Magistrate Judge Garfinkel, but in any event no later than October 7, 2004.

This is the fifth motion of extension of these deadlines. Counsel for the Plaintiff has no objection to the extension of time sought.

DEFENDANT, UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
E-mail: lauren.nash@usdoj.gov

- 4 -

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Defendant's Fifth Motion, *Nunc Pro Tunc,* for Extension of Time was mailed, postage prepaid, on this 16th day of June, 2004, to:

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street, P.O. Drawer 1430
New London, CT 06320

                                                LAUREN M. NASH
                                                ASSISTANT U.S. ATTORNEY