

FILED

2004 JUN 21  A II: 12

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE, | : | CIVIL ACTION NO. |
| BY CHERYL GARIEPY, | : | 301 CV 1866 (RNC) |
| ADMINISTRATRIX | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | JUNE 18, 2004 |

## PLAINTIFF'S MEMORANDUM

The Plaintiff in the above-entitled matter respectfully submits this

Memorandum in accordance with the May 20, 2004 dated Order of the Court.  In

pertinent part, the Court ordered that a Memorandum be submitted in order to

explain why the parties failed to file the Joint Trial Memorandum in a timely manner.

For the reasons more fully set forth herein, the Plaintiff respectfully requests that this

Court accept the Joint Trial Memorandum dated June 18, 2004.

1.     On January 24, 2002, the parties to this matter filed a Report of Parties

Planning Meeting.  In that report, the parties stated that the Joint Trial Memorandum

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

required by the Standing Order on Trial Memorandum in Civil Cases would be filed by March 30, 2003.

2.    Subsequently, the Defendant filed a Motion for the Extension of the Order Regarding the Case Management Plan.  This motion was filed on September 13, 2002 and requested, inter alia, an extension of time until June 30, 2003 to file the Joint Trial Memorandum.  This motion was granted by the Court on September 24, 2002.

3.    On December 13, 2002, the Defendant filed a Second Motion for the Extension of the Order Regarding the Case Management Plan.  By way of this motion, the Defendant requested, inter alia, an extension of time until August 30, 2003 to file the Joint Trial Memorandum.  This motion was granted by the Court on December 16, 2002.

4.    Thereafter, on July 29, 2003, the Defendant filed a Third Motion for the Extension of the Order Regarding the Case Management Plan.  In this motion, the Defendant requested, inter alia, an extension of time until October 14, 2003 to file the Joint Trial Memorandum.  This motion was granted by the Court on July 31, 2002.

5.    On October 10, 2003, the Defendant then filed a Fourth Motion for the

Extension of the Order Regarding the Case Management Plan.  By way of this

motion, the Defendant requested, inter alia, an extension of time until December 12,

2003 to file the Joint Trial Memorandum.  The grounds for this motion were that the

parties were to attend a settlement conference before the Honorable Judge Thomas

P. Smith, United States Magistrate Judge, on November 12, 2003.  Originally, the

settlement conference was scheduled for September 17, 2003, but had to be

continued until November.  Based on the prospect of reaching a settlement at this

conference, both parties agreed that the deadline to submit the Joint Trial

Memorandum should be extended and, if a settlement was not reached, the Joint

Trial Memorandum would be to the Court thirty days after the settlement conference.

 In addition, the Defendant also represented at the time of the filing of that motion

that Mr. Moreira (the driver of the U.S. Army Reserve tractor trailer involved in the

collision) was deployed to Iraq and was not available to give testimony at a

deposition or trial.  Based on these reasons, the Plaintiff did not file an objection to

this motion.

6.    This motion was never ruled upon by the Court, however, and the

parties did not submit a Joint Trial Memorandum on October 14, 2003.

7.    Following the mediation with Magistrate Judge Smith, further

settlement discussions ensued and it was also proposed that an additional mediation

session would be conducted with Magistrate Judge Garfinkel. In fact, the parties

have since arranged for a second mediation to be done by Magistrate Judge

Garfinkel on September 7, 2004.  To that end, the Defendant has filed a Fifth Motion

for the Extension of the Order Regarding the Case Management Plan.  The Plaintiff

is in agreement with the requested extension of time.

8.      As a result of the extensions of time that were sought, as well as the

settlement discussions that the parties were involved in, the parties did not submit

their Joint Trial Memorandum prior to the October 14, 2003 deadline.


WHEREFORE, the Plaintiff respectfully requests that, based on the

information contained herein, the Court now accept the Joint Trial Memorandum that

is filed together with this Memorandum.

THE PLAINTIFF
CHERYL GARIEPY, ADMINISTRATRIX


By_____
Robert I. Reardon, Jr.
Fed. Bar No. ct 05358
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on June 18, 2004, to the following counsel of record:

Attorney Lauren Nash
157 Church Street
New Haven, CT 06508
*Attorney for the Defendant*
*Telephone Number (203) 821-3700*


_____
Robert I. Reardon, Jr.

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515