UNITED STATES COURT DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 JUN 17 A 10 27
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| ESTATE OF ANN PARDEE, BY CHERYL GARIEPY, ADMINISTRATRIX, | : : : |
| Plaintiff, | : : |
| v. | :  CIVIL NO. 3:01CV1866 (RNC) |
| UNITED STATES OF AMERICA, | : : |
| Defendant. | :  JUNE 16, 2004 |

### DEFENDANT'S FIFTH MOTION, *NUNC PRO TUNC*, FOR EXTENSION OF THE ORDER REGARDING CASE MANAGEMENT PLAN

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, through its undersigned counsel, hereby respectfully requests an extension of the deadlines set forth in the Order Regarding Case Management Plan. Specifically, the defendant seeks an extension of time to submit the Joint Trial Memorandum, currently due on June 21, 2004, until 30 days after the conclusion of the next scheduled settlement conference in this case.

By way of background, this is a personal injury action brought by the Plaintiff, Cheryl Gariepy, as administrator of the estate of the deceased, Anna M. Pardee. Ms. Pardee was killed in a multiple-vehicle accident on April 26, 2000 in Westbrook, Connecticut. In all, five vehicles were involved in the accident, including a U.S. Army Reserve tractor-trailer driven by Specialist (SPC) Kevin Moreira, a member of the U.S. Army Reserve. Mr. Moreira was charged with criminally negligent homicide by the State of Connecticut and those charges are currently pending.

FILED
2004 JUN 22 A 10:
U.S. DISTRICT COURT
HARTFORD, CT.

[handwritten margin notes: "38" / "6/21/04 Granted. Further extensions of this date will not be granted. So ordered."]