UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANN PARDEE, | : |
| BY CHERYL GARIEPY, | : |
| ADMINISTRATRIX | : |
| | :     3:01Cv1866 (RNC) |
| v. | : |
| | : |
| UNITED STATES OF AMERICA, | :     June 22, 2004 |

MOTION TO WITHDRAW APPEARANCE

To the Clerk of the court and all parties of record, please withdraw the appearance of Brenda M. Green, Assistant United States Attorney, as counsel for the United States of America in this matter. Lauren M. Nash, Assistant United States Attorney has entered an appearance on behalf of the United States.

                              Respectfully submitted,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY

                              BRENDA M. GREEN
                              ASSISTANT UNITED STATES ATTORNEY
                              FEDERAL BAR NO. CT19538
                              UNITED STATES ATTORNEY'S OFFICE
                              915 LAFAYETTE BOULEVARD, ROOM 309
                              BRIDGEPORT, CT 06604
                              (203) 696-3000 (telephone)
                              (203) 579-5575 (facsimile)
                              Brenda.Green@usdoj.gov

CERTIFICATION OF SERVICE

_____This is to certify that a copy of the within and foregoing Motion to Withdraw

Appearance has been mailed this      day of June, 2004, to:

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
P.O. Drawer 1430
New London, CT 06320

_____
BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY