

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 23 A 10: 48
U.S. DISTRICT COURT
HARTFORD, CT.

ESTATE OF ANN PARDEE,
BY CHERYL GARIEPY,
ADMINISTRATRIX

               3:01Cv1866 (RNC)

v.

UNITED STATES OF AMERICA,        June 21, 2004

## MOTION TO WITHDRAW APPEARANCE

To the Clerk of the court and all parties of record, please withdraw the appearance of Brenda M. Green, Assistant United States Attorney, as counsel for the United States of America in this matter. Lauren M. Nash, Assistant United States Attorney has entered an appearance on behalf of the United States.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

BRENDA M. GREEN
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19538
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD, ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000 (telephone)
(203) 579-5575 (facsimile)
Brenda.Green@usdoj.gov

June 24, 2004. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.

FILED 2004 JUN 24 A 11: 15
U.S. DISTRICT COURT
HARTFORD, CT.