#4

June 30, 2004. Denied without prejudice for failure to state whether there is agreement or opposition to the motion. So ordered.

/s/ Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTATE OF ANN PARDEE, : CIVIL ACTION NO. 301 CV 1866 (RNC)
BY CHERYL GARIEPY,
ADMINISTRATRIX

    Plaintiff :

V. :

UNITED STATES OF AMERICA :

    Defendant : June 28, 2004

## MOTION FOR LEAVE TO TAKE DEPOSITIONS

Pursuant to Rule 26(b)(2) and Rule 30(a) of the Federal Rules of Civil Procedure, the Plaintiff hereby respectfully moves for leave from this Court to take the depositions of Sgt. Robert K. Sharpe and Mr. Richard Deibel. Although the Plaintiff acknowledges that the discovery deadline expired, these depositions should, nevertheless, be allowed to go forward based on the probative value of the information that both Sgt. Sharpe and Mr. Deibel possess.

In determining whether leave should be granted to allow depositions to take place outside of the parameters for the conduct of discovery, courts attempt to strike

FILED 2004 JUL -1 A 9:56 U.S. DISTRICT COURT HARTFORD, CT

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515