UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTATE OF ANN PARDEE,                    :
BY CHERYL GARIEPY,                       :        CIVIL NO. 3:01CV1866 (RNC)
ADMINISTRATRIX

                                         :

        Plaintiff                        :

                                         :
V.                                       :

                                         :
UNITED STATES OF AMERICA                 :

                                         :
        Defendant                        :        October 5, 2004

## APPEARANCE

TO:        Clerk
           United States District Court
           District of Connecticut
           450 Main Street
           Hartford, CT 06103

        Please enter my appearance in the above entitled action as attorney for the

plaintiff Estate of Ann Pardee.

                                    Tracy L. Poppe
                                    Federal Bar No. ct26272
                                    THE REARDON LAW FIRM, P.C.
                                    160 Hempstead Street
                                    New London, CT 06320
                                    Phone:  860.442-0444
                                    Fax:  860.444.6445

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on October 5, 2004, to the following counsel of record:

Attorney Lauren Nash
157 Church Street
New Haven, CT 06508
*Attorney for the Defendant*
*Telephone Number (203) 821-3700*

Tracy L. Poppe

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515