UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE, | ) | CIVIL ACTION NO. |
| BY CHERYL GARIEPY, | ) | 3:01CV1866 (RNC) |
| ADMINISTRATRIX | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|     Defendant | ) | OCTOBER 6, 2004 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

The Plaintiff in the above entitled action hereby notifies the Court of the withdrawal of the appearance of Jennifer L. Booker, formerly of The Reardon Law Firm, P.C.

                                                      /s/  Robert I. Reardon, Jr.
                                           Robert I. Reardon, Jr.
                                           Federal Bar No. ct05358
                                           The Reardon Law Firm, P.C.
                                           160 Hempstead Street
                                           New London, CT 06320
                                           (860) 442-0444

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed on October 6, 2004, to the following counsel of record:

Lauren Nash, Esq.
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT  06510
*Telephone: (203) 821-3700*
*Attorney for the Defendant*

                                                              /s/  Robert I. Reardon, Jr.
                                                             Robert I. Reardon, Jr.