

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANN PARDEE, <br> BY CHERYL GARIEPY, <br> ADMINISTRATRIX | CIVIL NO. 3:01CV1866 (RNC) |
| Plaintiff | |
| V. | |
| UNITED STATES OF AMERICA | |
| Defendant | October 5, 2004 |

## RENEWED MOTION FOR LEAVE TO TAKE DEPOSITIONS

Pursuant to Rule 26(b)(2) and Rule 30(a) of the Federal Rules of Civil Procedure, the Plaintiff hereby respectfully moves for leave from this Court to take the depositions of Sgt. Robert K. Sharpe and Mr. Richard Deibel. Although the Plaintiff acknowledges that the discovery deadline expired, these depositions should, nevertheless, be allowed to go forward based on the probative value of

---

October 12, 2004.   Estate of Pardee v. United States
                    3:01CV01866 (RNC)

Re: Defendant's Renewed Motion for Leave to Take Depositions (Doc # 49).
Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515