UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE, | : | |
| BY CHERYL GARIEPY, | : | CIVIL NO. 3:01CV1866 (RNC) |
| ADMINISTRATRIX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | OCTOBER 15, 2004 |

DEFENDANT UNITED STATES OF AMERICA'S
MOTION FOR RECONSIDERATION

Pursuant to Rule 7(c) of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, respectfully submits this motion for reconsideration of this Court's October 12, 2004 Margin Endorsement granting plaintiff's renewed motion for leave to take deposition in the above-captioned case. This motion is accompanied by a memorandum of law, submitted herewith.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    LAUREN M. NASH, ct01705
    ASSISTANT U.S. ATTORNEY
    UNITED STATES ATTORNEY'S OFFICE
    157 CHURCH STREET, P.O. BOX 1824
    NEW HAVEN, CT  06510
    Telephone: (203) 821-3700
    Facsimile:  (203) 773-5373
    E-mail: lauren.nash@usdoj.gov

NO ORAL ARGUMENT IS REQUESTED

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing United States of America's Motion for Reconsideration, has been mailed, postage prepaid, this 15th day of October, 2004, to:

Robert I. Reardon, Jr., Esq.
160 Hempstead Street, P.O. Drawer 1430
New London, CT 06320

                              LAUREN M. NASH
                              ASSISTANT U.S. ATTORNEY