UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE,<br>BY CHERYL GARIEPY,<br>ADMINISTRATRIX | : | CIVIL ACTION NO. 301 CV 1866 (RNC) |
| Plaintiff | : | |
| V. | : | |
| UNITED STATES OF AMERICA | : | OCTOBER 12, 2004 |
| Defendant | : | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned moves to withdraw her appearance as she is no longer employed by plaintiff's counsel's firm.

Jennifer L. Booker ct 23657
**Noble, Young & O'Connor, P.C.**
One Congress Street
Hartford, CT 06114
Telephone No.: (860) 525-9975
Facsimile No.: (860) 525-9985

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on October 12, 2004, to the following counsel of record:

Lauren Nash, Esq.
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT  06510
*Telephone: (203) 821-3700*

The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320

_____
Jennifer L. Booker