UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE,<br>BY CHERYL GARIEPY,<br>ADMINISTRATRIX | : | CIVIL ACTION NO.301 CV 1866 (RNC) |
| Plaintiff | : | |
| V. | : | |
| UNITED STATES OF AMERICA | : | OCTOBER 12, 2004 |
| Defendant | | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned moves to withdraw her appearance as she is no longer employed by plaintiff's counsel's firm.

Jennifer L. Booker ct 23657
**Noble, Young & O'Connor, P.C.**
One Congress Street
Hartford, CT 06114
Telephone No.: (860) 525-9975

---

October 19, 2004.    Estate of Pardee v. United States
                     3:01CV01866 (RNC)

Re:  Motion for Jennifer L. Booker to Withdraw as Attorney (Doc. # 54)

Granted.  So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2004 OCT 21 A 7 23 U.S. DISTRICT COURT HARTFORD, CT.