

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF ANN PARDEE, BY CHERYL GARIEPY, ADMINISTRATRIX, | : : : : |
| Plaintiff, | : : |
| v. | : : |
| UNITED STATES OF AMERICA, | : : |
| Defendant. | : : OCTOBER 15, 2004 |

CIVIL NO. 3:01CV1866 (RNC)

FILED 2004 OCT 15 P 11: 45
U.S. DISTRICT COURT
HARTFORD, CT.

### DEFENDANT UNITED STATES OF AMERICA'S
### MOTION FOR RECONSIDERATION

Pursuant to Rule 7(c) of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, respectfully submits this motion for reconsideration of this Court's October 12, 2004 Margin Endorsement granting plaintiff's renewed motion for leave to take deposition in the above-captioned case. This motion is accompanied by a memorandum of law, submitted herewith.

Respectfully submitted,

---

December 6, 2004.     Estate of Pardee v. United States
                      3:01CV01866 (RNC)

Re:  Defendant's Motion for Reconsideration (Doc # 52).

Granted. On reconsideration, the court adheres to its previous ruling. Though the government's objection has merit in principle, and the question is close, in the absence of a stronger showing of prejudice, allowing the plaintiff to depose these witnesses, even at this late date, is justified by the interest in resolving the case on the best evidentiary footing. In view of the age of the case, no further extensions will be granted. Accordingly, if plaintiff is serious about taking these depositions, it must notice them immediately. So ordered.

Robert N. Chatigny, U.S.D.J.