```
                  UNITED STATES DISTRICT COURT            FILED
                     DISTRICT OF CONNECTICUT

CHERYL GARIEPY,                    :                 2005 JAN 21  P 2: 07
                                   :
        Plaintiff,                 :                 U.S. DISTRICT COURT
                                   :                    HARTFORD, CT.
V.                                 :   CASE NO. 3:01CV1866 (RNC)
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        Defendant.                 :
```

ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before February 21, 2005.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before February 1, 2005.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 9.

So ordered.

Dated at Hartford, Connecticut this 21 day of January 2005.

                                          Robert N. Chatigny
                                          United States District Judge