UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE, | : | |
| BY CHERYL GARIEPY, | : | CIVIL NO. 3:01CV1866 (RNC) |
| ADMINISTRATRIX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | FEBRUARY 28, 2005 |

### DEFENDANT UNITED STATES OF AMERICA'S MOTION TO REOPEN, *NUNC PRO TUNC*, AND TO EXTEND TIME TO FILE CLOSING PAPERS

The Defendant, United States of America, hereby respectfully moves this Court, *nunc pro tunc,* to reopen this case for purposes of extending the time within which the parties may submit their closing papers. Specifically, the government seeks until March 28, 2005 to file such papers.

By way of background, on or about January 21, 2005 the Defendant reported this case as settled. Shortly thereafter, this Court issued an Order closing the file without prejudice to reopening by February 21, 2005, and indicating that the parties should file any closing papers by February 1, 2005. The government now seeks to reopen this Judgment of Dismissal on the grounds that additional time is needed for the settlement proceeds to be paid out by the Judgment Fund. The settlement process took some time in this case because the settlement first had to be formally approved by the Department of Justice, which has occurred. The settlement proceeds must now be paid by the Judgment Fund, which request is pending, and is expected within the time sought in this motion.

      This is the first request to extend this deadline. Counsel for the Plaintiff could not be reached to ascertain his position as to the extension sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT  06510
Telephone: (203) 821-3700
Facsimile:  (203) 773-5373
E-mail: lauren.nash@usdoj.gov

## CERTIFICATE OF SERVICE

     This is to certify that a copy of the within and foregoing was mailed, postage prepaid, on this 28th day of February, 2005, to:

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street, P.O. Drawer 1430
New London, Ct 06320

                                        LAUREN M. NASH
                                        ASSISTANT U.S. ATTORNEY