

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE, BY CHERYL GARIEPY, ADMINISTRATRIX, | : | CIVIL NO. 3:01CV1866 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | FEBRUARY 28, 2005 |

### DEFENDANT UNITED STATES OF AMERICA'S MOTION TO REOPEN, *NUNC PRO TUNC*, AND TO EXTEND TIME TO FILE CLOSING PAPERS

The Defendant, United States of America, hereby respectfully moves this Court, *nunc pro tunc*, to reopen this case for purposes of extending the time within which the parties may submit their closing papers. Specifically, the government seeks until March 28, 2005 to file such papers.

By way of background, on or about January 21, 2005 the Defendant reported this case as settled. Shortly thereafter, this Court issued an Order closing the file without prejudice to reopening by February 21, 2005, and indicating that the parties should file any closing papers by February 1, 2005. The government now seeks to reopen this Judgment of Dismissal on the grounds that additional time is needed for the settlement proceeds to be paid out by the Judgment Fund. The settlement process took some time in this case because the settlement first had to be

---

March 11, 2005.   Estate of Pardee v. United States
                  3:01CV01866 (RNC)

Re: Defendant's Motion To Reopen, Nunc Pro Tunc, and To Extend Time To File Closing Papers (Doc # 59).

The motion to extend time to file closing papers is granted. The parties have until March 28, 2005 to file closing papers. There is no need to reopen the file. So ordered.

Robert N. Chatigny, U.S.D.J.