UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF ANN PARDEE, BY CHERYL GARIEPY, ADMINISTRATRIX, | : | CIVIL NO. 3:01CV1866 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | MARCH 18, 2005 |

STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff (meaning any person, other than the defendant, signing this agreement, whether or not a party to this civil action), and the Defendant, United States of America, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, each party to bear its own costs and fees.

1/11/05
DATE

PLAINTIFF, CHERYL GARIEPY,
ADMINISTRATRIX OF THE ESTATE
OF ANN PARDEE,

_____
ROBERT I. REARDON, JR., ESQ., ct05358
THE REARDON LAW FIRM, P.C.
160 HEMPSTEAD STREET, P.O. DRAWER 1430
NEW LONDON, CT 06320
Telephone: (860) 442-0444
Facsimile: (860) 444-6445
E-mail: reardonlaw@aol.com

DEFENDANT,
UNITED STATES OF AMERICA,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

2/22/05
DATE

*/s/ Lauren M. Nash*
LAUREN M. NASH, ct01705
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, P.O. BOX 1824
NEW HAVEN, CT 06510
Telephone: (203) 821-3700
Facsimile: (203) 773-5373
E-mail: lauren.nash@usdoj.gov

- 2 -